## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| NIKOLA CORPORATION, et al., | ) | Bankruptcy Case No.: 25-10258-TMH |
| | ) | Bankr. BAP No. 25-0039 |
| Debtors. | ) | |
| _____ | ) | |
| GEORGE MERSHO and VINCENT CHAU, | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-1144-GBW |
| | ) | |
| NIKOLA CORPORATION AND ITS AFFILIATE DEBTORS, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

## **ORDER**

At Wilmington, Delaware, this **14th day of October 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter, including having gathered information from the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties do not jointly agree that their disputes here can be resolved through mediation;

WHEREAS based upon the arguments presented by counsel for Appellee, the Court finds it unlikely that mediation will resolve the pending claims on appeal;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation and setting the following appellate briefing schedule (agreed to by the parties):

1. Appellants' Opening Brief shall be filed on November 14, 2025.

2. Appellee's Answering Brief shall be filed on December 15, 2025.

3. Appellants' Reply Brief shall be filed on January 5, 2026.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE